# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

_____

No. 00-1293

SECURITIES AND EXCHANGE COMMISSION,
Plaintiff, Appellant,

v.

MICHAEL G. SARGENT, DENNIS J. SHEPARD,
ROBERT J. SCHARN, UNITED STATES,
Defendants, Appellees.

_____

ERRATA SHEET

The opinion of this Court issued on October 11, 2000, is amended as follows:

On the cover sheet, delete the word "Senior" after "[Hon. Joseph L. Tauro," it should read "[Hon. Joseph L. Tauro, U.S. District Judge]."